UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAUREN BANTLEON : | |
| Plaintiff, : | Civil Action No. 09-02888 (SRC) |
| v. : | |
| : | **ORDER** |
| COMMISSIONER OF SOCIAL : | |
| SECURITY, : | |
| Defendant. : | |

**CHESLER, U.S.D.J.**

This matter having been brought before this Court on the application of Plaintiff Lauren Bantleon to proceed in forma pauperis without prepayment of fees, pursuant to 28 U.S.C. § 1915; and it appearing that Plaintiff has submitted an affidavit of indigence demonstrating her eligibility; and good cause appearing,

**IT IS** on this 6th day of July, 2009

**ORDERED** that Plaintiff's application to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a), is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court is hereby directed to file the Complaint in this action without prepayment of the filing fee; and it is further

**ORDERED** that the Clerk of the Court shall issue a summons, and the United States Marshall shall serve a copy of the Complaint and summons upon defendant pursuant to 28 U.S.C. § 1915(d), with all costs of service advanced by the United States.

STANLEY R. CHESLER, U.S.D.J.